UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:  NICHOLAS J. and HEATHER C. RISING
CASE NUMBER:  05-00148-8-JRL

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the court,

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows

NAME AND LAST KNOWN ADDRESS              AMOUNT OF DIVIDEND

                                                    38.30

CITIFINANCIAL
ATTN: MANAGING AGENT
3217 FAYETTEVILLE RD
LUMBERTON, NC 28358-2773

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;
    WHEREFORE, the undersigned Trustee desires to pay into the court said unclaimed dividends pursuant to 11USC 347

DATED: June 3, 2010

                                                    S/ ROBERT R BROWNING
                                                    CHAPTER 13 TRUSTEE